[No. 14181-1-III.    Division Three.    August 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WINTO JEROME EVERETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-00138-9, Robert H. Whaley, J., entered June 23, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Munson, J. Pro Tem.

[No. 15533-1-III.    Division Three.    August 19, 1997.]

DAIRYLAND INSURANCE COMPANY, *Respondent*, v. NANCY BATEMAN, ET AL., *Defendants,* PATRICK WAYNE DAY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-01579-9, Neal Q. Rielly, J., entered February 6, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 15821-7-III.    Division Three.    August 19, 1997.]

DARLENE LEWIN, *as Guardian, Appellant*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-00364-1, Kathleen M. O'Connor, J., entered May 22, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 16076-9-III.    Division Three.    August 19, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. BRIAN K. DUMONT, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 93-1-00018-0, Ted W. Small, J., entered August 12, 1996. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Brown, J., and Hutton, J. Pro Tem.